IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HARRY PARKER,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3906

Opinion filed October 10, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Harry Parker, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of habeas corpus is denied on the merits.

LEWIS, RAY, and WINSOR, JJ., CONCUR.